```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORHAN PARRA,

                Plaintiff,

-against-

DI TRUCKING, LLC and ANTONIO FERREIRA,

                Defendants.

1:24-cv-5130-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court directed all parties in this matter to appear at a telephonic Initial Pretrial Conference on August 20, 2024 at 11:00 AM. [ECF No. 4]. The Court further directed the parties that "on or before August 13, 2024 (one week before the conference) the parties shall file on ECF a Joint Letter and Proposed Case Management Plan, *as described in the Court's Individual Rules of Practice in Civil Cases*." [ECF No. 4] (emphasis added). The parties timely submitted their joints materials on August 13, 2024, however a number of items were not completed. For instance, the parties failed to delineate a response for item numbers 1, 2, and 13(a). Accordingly, the parties shall file on the docket revised joint materials **no later than tomorrow, August 15 at 5:00 PM**.

    Failure to comply with the Court's Orders and/or deadlines, Individual Rules of Practice, or Local Rules may result in sanctions, including monetary penalties, preclusion at trial of information not provided, or preclusion and/or dismissal of claims or defenses.

**SO ORDERED.**

**Date: August 14, 2024**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**